PER CURIAM.
We affirm the judgment awarding attorney’s fees to the receiver of the appellant’s condominium community, with the exception of a duplication of fees for representation in settlement negotiations. In the settlement agreement, the parties agreed to a fee of $3,951 as attorney’s fees for the services performed by appellee’s attorneys. In the billings presented at the hearing on attorney’s fees, there appears $5,250 for the same services. We remand for the court to reduce the judgment by $5,250. We reject the remaining arguments as either not preserved or raising issues within the sound judicial discretion of the trial court.

Affirmed in part; remanded for further proceedings in accordance with this opinion.

MAY and GERBER, JJ., concur.
WARNER, J, concurs in part and dissents in part.